SCWC-30286

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

GARY W. RODRIGUES,
Petitioner/Plaintiff-Appellee,
vs.

UNITED PUBLIC WORKERS, AFSCME LOCAL 646, AFL-CIO,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30286; CIV. NO. 08-1-2538)

ORDER

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari filed on April 25, 2014 by Petitioner/Plaintiff-Appellant Gary W. Rodrigues ("Rodrigues") is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

Within 14 days from the date of this order, each party may file a brief not to exceed 10 pages in length, addressing

solely the issue of whether Rodrigues's indemnification claim is preempted by ERISA.

DATED: Honolulu, Hawaiʻi, June 9, 2014.

Eric A. Seitz,
Della A. Belatti
for petitioner

James E.T. Koshiba,
Charles A. Price
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

